# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.

John Thomas White,

        Defendant.

Crim. No. 19-204 (ECT/BRT)

**ORDER**

This matter is before the Court upon the Motion of the United States to Continue the Pretrial Motions Hearing and For Exclusion of Time Under the Speedy Trial Act. (Doc. No. 25.) The Government's motion is based on the fact that the prosecutor will be in trial from September 23 through approximately October 4, 2019, and will be on vacation for two weeks thereafter. The Defendant does not oppose the motion or the request to exclude time from the speedy trial act.

For good cause shown, the motion is granted. The criminal motions hearing currently scheduled for September 26, 2019, is hereby continued to **October 30, 2019, at 3:00 p.m.** In order to allow both the Government and defense counsel sufficient time to review the discovery and prepare for trial under the circumstances, and pursuant to 18 U.S.C. § 3161(h)(7)(B)(i) and (iv), the Court finds that the ends of justice served by the granting of the continuance outweigh the best interest of the public and the Defendant in a speedy trial. This finding is based on the facts set forth in the Motion of the United

States to Continue the Pretrial Motions Hearing and For Exclusion of Time Under the Speedy Trial Act (Doc. No. 25).

Accordingly, **IT IS HEREBY ORDERED** that:

1. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, objection or response pleadings.

2.. If required, the motions hearing shall be heard before Magistrate Judge Thorson on **October 30, 2019, at 3:00 p.m. in Courtroom 6A**, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. D. Minn. LR 12.1(d).

3.. TRIAL

All voir dire questions, jury instructions, and trial related motions (including motions in limine) must be submitted to District Judge Eric C. Tostrud on or before **November 25, 2019**.

A pretrial conference will be held on **December 6, 2019, at 9:00 a.m.** before District Judge Eric C. Tostrud in Courtroom 3B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

This case shall commence trial on **December 9, 2019, at 1:00 p.m.** before District Judge Eric C. Tostrud in Courtroom 3B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

4. The period of time from **September 18, 2019** through **October 30, 2019**, shall be excluded from the Speedy Trial Act computations in this case.

Dated: September 18, 2019                *s/ Becky R. Thorson*
                                         BECKY R. THORSON
                                         United States Magistrate Judge